IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.          Case No.  08-CR-20023-002-JWL-TJJ

D'MARIO GRAY,

        Defendant.

**ORDER GRANTING MOTION TO COMPEL DISCOVERY
RESPONSES FROM DEFENDANT D'MARIO GRAY**

    Comes now for decision the United States' Motion to Compel Discovery Responses (Doc. 118). The United States requests that the Court, pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iii) and (iv), enter an order compelling Defendant Gray to answer the United States' First Set of Interrogatories and Requests for Production of Documents and Electronically Stored Information. Defendant Gray has not filed any response in opposition to the motion and his deadline for doing so has expired.

    The Court, upon review of the motion and supporting exhibits, grants the United States' Motion to Compel Discovery Responses. In granting the United States' Motion, the Court finds as follows:

    1.    On March 18, 2009, the Court adjudicated Defendant Gray guilty of violations of 18 U.S.C. § 2113(a) and (d) (Armed Bank Robbery) and 18 U.S.C. § 924(c)(1)(A)(ii) (Using a Firearm During a Crime of Violence) and ordered him to pay a $200.00 assessment and $202,552.89 (of which $78,671.25 had been recovered at the time of judgment) in restitution. Doc. 69.

2. The United States reports that Defendant Gray's outstanding liability is $113,128.68, as of January 15, 2025. His most recent payment was received on July 23, 2018, immediately before the Court granted his request for early termination of his term of supervised release. Doc. 103.

3. To ensure the United States had the correct mailing address for Defendant Gray, the United States requested a postal tracer from the United States Postal Service, which confirmed that Defendant Gray received mail at XXXX XXXXXXXX XXX, Kansas City, MO 64130 as of July 19, 2024. A letter requesting a financial statement was mailed to Defendant Gray at this address on July 31, 2024, and was not returned. No response was received

4. On September 5, 2024, in an effort to obtain discovery from Defendant Gray to aid in enforcement of the restitution judgment, the United States served its First Set of Interrogatories and First Requests for Production of Documents and Electronically Stored Information on Defendant Gray by first-class mail to Defendant's last known address. Doc. 111.

5. The Interrogatories and Requests for Production served upon Defendant Gray seek discovery relevant to his income and assets.

6. The deadline for Defendant Gray to respond to the discovery requests expired with no responses served upon the United States.

7. On October 17, 2024, the United States mailed a letter to Defendant Gray attempting to confer in good faith regarding the discovery requests. No response was received.

8. On November 18, 2024, the United States attempted to contact Defendant Gray by phone, but the only phone number in its file is not accepting calls.

9. Defendant Gray is not represented by counsel.

10. Since Defendant Gray is not responsive to mail and the United States does not have a current phone number or email address, counsel for the United States was unable to confer with Defendant but has made reasonable effort to do so as required by D. Kan. Rule 37.2.

11. Defendant Gray was ordered to appear by telephone at a pre-motion conference on January 14, 2025. Doc. 115. The Court mailed notice of the pre-motion conference to Defendant Gray by regular mail on December 10, 2024. Doc. 116.

12. Defendant Gray failed to appear by telephone at the January 14, 2025 pre-motion conference. Doc. 117. The Court set a January 24, 2025 deadline for the United States to file its motion related to the post-judgment discovery served upon Defendant Gray. The United States timely filed its Motion to Compel Discovery Responses on January 17, 2025.

**IT IS THEREFORE ORDERED** that the United States' Motion to Compel Discovery Responses (Doc. 118) is GRANTED. Defendant D'Mario Gray is ordered to serve his responses answering the United States' First Set of Interrogatories and produce all documents responsive to the First Set of Requests for Production of Documents and Electronically Stored Information **within thirty (30) days of the date of this Order.**

**IT IS FURTHER ORDERED** that a copy of this Order shall be mailed to Defendant Gray.

**IT IS SO ORDERED.**

Dated February 14, 2025 in Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge